UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN CORRION,

       Plaintiff,                                     Case No. 12-14556
                                                  HON. GEORGE CARAM STEEH

v.

KAREN A. CORRION,
MONICA J. COPELAND,

       Defendants.
_____/

ORDER DENYING MOTION FOR SUMMARY JUDGMENT (#6)
AND APPLICATION TO PROCEED WITHOUT PAYMENT OF FEES (#7)

On November 8, 2012, this court entered an order denying plaintiff's request for leave to proceed without prepayment of fees or costs and dismissing his complaint pursuant to 28 U.S.C. § 1915(g). Under 28 U.S.C. § 1915(g), a prisoner may not bring a civil action without prepayment of the filing fee if, on three or more occasions, the prisoner brought a federal action that was dismissed as frivolous, as malicious, or for failure to state a claim on which relief may be granted. As noted by the court in Corrion v. Heyns, et al., No. 12-11096 (E.D. Mich. April 27, 2012), plaintiff's complaints have been dismissed as frivolous or for failure to state a claim more than three times. Indeed, plaintiff has been denied leave to proceed without prepayment of the filing fee at least three times for having had three or more cases dismissed as frivolous, malicious, or for failure to state claim. See Id. On November 13, 2012, plaintiff filed a motion for summary judgment. On November

19, 2012, plaintiff filed an application to proceed without payment of filing fee. For the reasons set forth in this court's November 8, 2012 order, plaintiff's requests are DENIED.

IT IS SO ORDERED.

Dated: January 9, 2013

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on January 9, 2013, by electronic and/or ordinary mail and also to John Corrion #601943, Gus Harrison Correctional Facility, 2727 E. Beecher Street, Adrian, Michigan 49221.

s/Barbara Radke
Deputy Clerk

---